| | | |
|---|---|---|
| Petty Offense | ( ) | |
| Misdemeanor | ( ) | |
| Felony | (X) | |
| Juvenile | ( ) | |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

County of Offense: <u>Davidson</u>

AUSA's NAME: <u>Lynne T. Ingram</u>

<u>GERRY CAMPBELL</u>
Defendant's Name

_____
Defendant's Address

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to manufacture, distribute and possess | 40 years | $2,000,000 |
| 1 | 21 U.S.C. § 841 | Possession with intent to distribute | 40 years | $2,000,000 |
| | | | | |

If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody?　　( ) Yes　(X) No　　　If Yes, State or **Federal**?

Has a complaint been filed?　　( ) Yes　(X) No

　　If Yes:　Name of Magistrate Judge_____　Case No.:_____

　　　　Was the defendant arrested on the complaint?　( ) Yes　(X) No

Has a search warrant been issued?　( ) Yes　(X) No

　　If Yes:　Name of Magistrate Judge _____　Case No.:_____

Was bond set by Magistrate/District Judge:　( ) Yes　(X) No　　Amount of bond: _____

Is this a Rule 20? ( ) Yes　(X) No　　To/from what district? _____

Is this a Rule 40? ( ) Yes　(X) No　　To/from what district? _____

Is this case related to a pending or previously filed case?　( ) Yes　(X) No

　　What is the related case number:_____

　　Who is the Magistrate Judge: _____　District Judge: _____

Estimated trial time: <u>2 days</u>

The Clerk will issue a **Warrant** or **Summons**　(circle)

Bond Recommendation: <u>Detention</u>