UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:10-00243
                                  )          JUDGE CAMPBELL
MARILYN GREENE                    )

## ORDER

Pending before the Court is Defendant Greene's Motion to Join Motion to Suppress and

Memorandum in Support of Motion to Suppress of Co-Defendant Gerry Campbell (Docket No.

57). The Motion is GRANTED.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE