UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00243 |
| | ) | JUDGE CAMPBELL |
| GERRY CAMPBELL and MARILYN GREENE | ) | |

ORDER

In light of an ongoing criminal trial involving counsel for Defendant Greene, the change of plea hearing is rescheduled to Tuesday, November 13, 2012, at 12:00 p.m.

The trial date and time for any Defendant who intends to go to trial remains Tuesday, November 13, 2012, at 9:00 a.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE