UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00243 |
| | ) | JUDGE CAMPBELL |
| GERRY CAMPBELL | ) | |

## ORDER

The Court held a hearing in this case on February 4, 2013. At the hearing, counsel for Defendant moved for a continuance of the sentencing date. The Court granted the request and continued the sentencing hearing until March 18, 2013, at 1:00 p.m. Any supplemental filings shall be filed by March 11, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE